IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WAYNE WEBSTER,

    Plaintiff,                                  No. CIV S-09-1701 KJM P

    vs.

SACRAMENTO COUNTY SHERIFF'S         ORDER
DEPARTMENT, et al.,

    Defendants.
_____/

        A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY ORDERED that action is dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

4
webs1701.33a