IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WAYNE WEBSTER,

               Plaintiff,                            No. CIV S-09-1701 KJM P

     vs.

SACRAMENTO COUNTY SHERIFF'S
DEPT.,

               Defendant.                    <u>ORDER</u>

_____/

        Plaintiff is a county jail inmate proceeding pro se and has consented to magistrate judge jurisdiction.  By an order filed January 6, 2010, plaintiff was ordered to file an in forma pauperis affidavit within thirty days.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit.

        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.[1]

---

[1] The court previously dismissed this case for plaintiff's failure to update his address. <u>See</u> Docket No. 7.  The court vacated that order of dismissal after plaintiff filed a motion to reconsider, wherein he stated that his address at the Sacramento County Jail had not changed. <u>See</u> Docket No. 10.  The order vacating dismissal was also returned as "Undeliverable, not in custody."  The court's search of the Sacramento County Sheriff Department's online inmate locator shows that no one by plaintiff's name or inmate number is currently housed at the

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

2   prejudice.

3   DATED: April 15, 2010.

4

5   _____
    U.S. MAGISTRATE JUDGE

6

7

    webs1701.fifp+fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Sacramento County Jail.

2